Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

HELENE M. HODDER, Appellant, v. JOSEPH L. ROSENBERG et al., Respondents.

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

■

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by 64th Avenue and other Streets in the Borough of Queens for Public School 46 and for Recreational Purposes. DAVID MINKIN et al., Appellants.—

Appellants have not shown that the fixing of damage for the taking of their parcels was based upon an erroneous theory of law, or that there were erroneous rulings in the admission or exclusion of evidence, or that the court at Special Term failed to give to conflicting evidence the relative weight which it should have, or that the awards are clearly wrong or such as to shock the sense of justice of the court. In the absence of any such showing an appellate court may not substitute its judgment of damage for that of Special Term. (*Matter of City of New York [Neptune Ave.]*, 254 App. Div. 690, affd. 280 N. Y. 604; *Matter of City of New York [Chrystie St.]*, 236 App. Div. 321, 324, affd. 260 N. Y. 583; *Matter of City of New York [School Site]*, 222 App. Div. 554, 559, affd. 250 N. Y. 588; *Matter of City of New York [E. 36th St.]*, 168 App. Div. 463, affd. 217 N. Y. 621; *Matter of City of New York [Croton Riv. Dam]*, 129 App. Div. 707, 708, 709.) Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

■

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by LOUIS H. PINK, as Superintendent of Insurance, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment of the Rights

of the Holders of Investments in a Mortgage Covering Premises Located at 25 WEST BROADWAY, LONG BEACH, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. (Guarantee No. 181, 464.) In the Matter of an Application for Attorneys' Fees and Disbursements. LONG BEACH APARTMENTS, INC., et al., Appellants; MANUFACTURERS TRUST COMPANY, as Trustee, et al., Respondents.— In our opinion the allowances as made were excessive. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

In the Matter of the Custody of ROY H. RASMUSSEN and Another, Infants. ROY A. RASMUSSEN, Appellant; ANNE I. ESCUE, Respondent. In the Matter of the Custody of ROY H. RASMUSSEN and Another, Infants. ROY A. RASMUSSEN, Appellant; ANNE I. ESCUE, Respondent. (Consolidated Proceedings.) — No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

MAURICE KATZ et al., Copartners Trading under the Name of TRU-SITE LENS CO., Respondents, v. CHARLES H. FISCHBERG & Co., LTD., Appellant.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

MURRAY LANDY, Respondent, v. ISABELLE J. LANDY, Appellant.— No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

ORSON'S, INC., Respondent, v. GEO. RAINESS, INC., Appellant.—